HARMON & SEIDMAN LLC

ALEX RICE KERR (SBN: 264821)
219 Vicksburg Street
San Francisco, CA 94114
Tel: (415) 230-4760
Email: alex@harmonseidman.com

*Attorney for Plaintiff*, MINDEN PICTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Minden Pictures, Inc.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company,<br><br>　　　　Defendants. | No. CV 10-03212 SI<br><br>PLAINTIFF MINDEN PICTURES, INC.'S CERTIFICATION OF INTERESTED ENTITIES |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. The authors or agencies listed below assigned co-ownership of copyrights in images involved in this action to Minden Pictures, Inc. Part of the proceeds Plaintiff obtains by settlement or judgment will be paid to them.

| | |
|---|---|
| Arndt, Ingo | Brandenburg, Jim |
| Auscape International Photo Library | Breiter, Matthias |
| Barbour, Bob | Clifton, Carr |
| Bavendam, Fred | Dalton, Stephen |

| | |
|---|---|
| De Roy, Tui | Harada, Sumio |
| Du Toit, Richard | Hedgehog House |
| Durham, Michael | Hoshino, Michio |
| Ellis, Gerry | Imamori, Mitsuhiko |
| Eszterhas, Suzi | Iwago, Mitsuaki |
| Feng, Katherine | JH Editorial |
| Fitzharris, Tim | Jones, Mark |
| Fogden, Michael & Patricia | Koch, Heidi & Hans-Juergen |
| Foto Natura | Lanting, Frans |
| Frank Lane Picture Agency | Mangelsen, Thomas |
| Globio Organization | Meyer, Claus |

DATED:  August 19, 2010

Plaintiff Minden Pictures, Inc.
by its attorney,

/s/   Alex Kerr_____

ALEX RICE KERR (SBN: 264821)
219 Vicksburg Street
San Francisco, CA 94114
Tel: (415) 230-4760
Email:  alex@harmonseidman.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010 the foregoing **PLAINTIFF MINDEN PICTURES, INC.'S CERTIFICATION OF INTERESTED PERSONS** was served via the CM/ECF System on the counsel listed below:

Raoul Kennedy
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111

/s/ Alex Kerr

Alex Kerr