IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Minden Pictures, Inc. | No. CV 10-03212-SI |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S STIPULATION TO CHANGE TIME |
| vs. | |
| Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS ORDERED THAT the date for the initial case management conference shall be reset from November 2, 2010, at 2:30 p.m. to November 4, 2010, at 2:30 p.m. ~~2:00~~ p.m.

DATED: September 2, 2010

_____

Susan Illston

United States District Judge

---

Order Granting Plaintiff's Stipulation to Change Time          CV 10-03212 SI