1  HARMON & SEIDMAN LLC
   Chris Seidman
2  101 S Third Street, Suite 265
   Grand Junction, CO 81502
3  chris@harmonseidman.com

4  Alexander Rice Kerr
   HARMON & SEIDMAN LLC
5  219 Vicksburg St.
   San Francisco, CA 94114
6  alex@harmonseidman.com

7  *Attorneys for Plaintiff*

8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
9  San Francisco, California 94111
   Telephone: (415) 984-6400
10 Facsimile:  (415) 984-2698
   Raoul Kennedy (CA # 40892)
11 Raoul.Kennedy@skadden.com

12 Four Times Square
   New York, New York 10036
13 Telephone: (212) 735-3000
   Facsimile:  (212) 735-2000
14 J. Russell Jackson (NY # 2430528) (*pro hac vice*)
   Russell.Jackson@skadden.com
15
   *Attorneys for Defendants*
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
19
                                           )
20 Minden Pictures, Inc.,                  )  No. CV 10-03212-SI
                                           )
21              Plaintiff,                 )
                                           )
22         vs.                             )  **STIPULATION OF DISMISSAL**
                                           )  **WITH PREJUDICE**
23 Houghton Mifflin Harcourt Publishing    )
   Company and R.R. Donnelley & Sons       )
24 Company,                                )
                Defendants.                )
25 _____)

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Minden Pictures, Inc. and Defendants Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company (collectively the "Parties") hereby stipulate, through their respective counsel, that the above-captioned action is voluntarily dismissed WITH PREJUDICE. The Parties are to bear their own costs and attorneys fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 14, 2011<br>Grand Junction, CO | Dated: January 14, 2011<br>San Francisco, CA |
| s/ Chris Seidman<br>Chris Seidman<br>HARMON & SEIDMAN LLC<br>101 S Third Street, Suite 265<br>Grand Junction, CO 81502<br>chris@harmonseidman.com<br><br>Alexander Rice Kerr<br>HARMON & SEIDMAN LLC<br>219 Vicksburg St.<br>San Francisco, CA 94114<br>alex@harmonseidman.com<br><br>*Attorneys for Plaintiff Minden Pictures, Inc.* | s/ Raoul Kennedy<br>Raoul Kennedy<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>Raoul.Kennedy@skadden.com<br><br>J. Russell Jackson<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Russell.Jackson@skadden.com<br>*Attorneys for Defendants Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company* |

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file the **STIPULATION OF DISMISSAL WITH PREJUDICE**. In compliance with General Order 45, X.B., I hereby attest that Chris Seidman has concurred in this filing.

Dated: January 14, 2011
San Francisco, CA

s/ Raoul Kennedy
Raoul Kennedy
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Raoul.Kennedy@skadden.com
*Attorney for Defendants Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company*

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

2  _____      Dated:_____
3  Susan Illston
   United States District Judge

# CERTIFICATE OF SERVICE (CM/ECF)

I, Raoul Kennedy, hereby certify that on January 14, 2011 I caused the foregoing document, titled STIPULATION OF DISMISSAL WITH PREJUDICE, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Chris Seidman
HARMON & SEIDMAN LLC
101 S Third Street, Suite 265
Grand Junction, CO 81502
chris@ harmonseidman.com

Alexander Rice Kerr
HARMON & SEIDMAN LLC
219 Vicksburg St.
San Francisco, CA 94114
alex@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures, Inc.*

                                          s/ Raoul Kennedy
                                          Raoul Kennedy
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Raoul.Kennedy@skadden.com
*Attorney for Defendants Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company*